UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AB143 (Av/S.w)

Raymond Aigbekaen
    As U.S. Navy Seaman
        Injured Seaman
V. Donald Trump
United States of America
Mr. Hoskinson
Mr. Moore
Chaplain Van Jones
Chaplain Youseff.
One Unknown BOP Staff.
(Official and individual Capacities)

Civil No. _____
Criminal No 1:15 JKB 00462

**RECEIVED**

**JUL 10 2020**

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Complaint for Declaratory, Injunctive
and Compensatory relief Under Bivens, 1983,
RLUIPA, RFRA, ADA, RA, 1988, and all other
laws and Statutes violated in the Course of
Denying the U.S. Navy Seaman from Participating
in Ramadan.

## INTRODUCTION

In March 2020, I was designated and packed
out to be transferred to danbury Connecticut. Accord-
ingly I died not put my name on the list on the East
Side of Fort Dix, Which was not yet Circulated.
On the West Side awaiting transfer, I spoke to the
brothers when the list was being Circulated and they
told me that Since I was transfering I might not
be able to get on the list but that I could always
get my meals with them as they would speak to the
Kitchen Staff and let them know my Problem.

## Parties

United States of America sets laws that it does not by itself enforce or require its employees to enforce such as the Religious Lands Use and Institutionalized Persons Act and the Religious Freedom Restoration Act.

## Mr. Hoskinsons

Hoskinsons is the Case Manager who decided that as a white man he had every power to prevent the Plaintiff from communicating through phone and email with his family, school, religious organisations, advocacy groups and legal organisations and attorneys and press corp.

## Mr. Moore

Mr. Moore has been indoctrinated in the Willie Lynch Principles and is very loyal to the commands of depraved heart men like Mr. Hoskinsons

## Chaplain Van Jones

Despite the plaintiff asking for a sticker, two weeks before Ramadan, Mr. Van Jones failed to put him on the list for Ramadan and choose to discipline him for fasting instead due to his Islamophobic tendencies

## Chaplain Youseff:

Chaplain Youseff stopped the plaintiff from receiving Meals for Ramaden despite the plaintiff verbally putting him on notice that he wanted to fast with the Congregation

## One Unknown BOP Staff

A BOP officer who handed the Incident Report to the plaintiff and instructed another BOP staff to "lock him in the Cage" after yelling several times "go talk to Jesus" "go pray to Jesus Seeming to try and Convert the plaintiff to Christianity. This is wrong on all levels and a gross violation of RLIUPA and RFRA.

## FACTUAL ALLEGATION

Plaintiff suffers from acute onset Mutism, PTSD and Derealization. The psychology Services led by Dr. Bell had to step in and order the staff members to give the plaintiff his meals at the proper times and allow him to fast

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Huskinson V-88 / act it. 78 — Van Jones and act it. | DATE: 06/08/2020 |
|---|---|
| FROM: Raymond Aigbekaen | REGISTER NO.: 94685-379 |
| WORK ASSIGNMENT: Law clerk | UNIT: S7VI |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. I am respectfully requesting that I be allowed to call my family and to call the Courts and attorney while I am preparing my writ of certiorari to the Supreme Court.

On 5/7/2020 I was called to the lieutenant's office and a male officer led me into the office where he began reading some words from the screen of the Computer. I told him that I did not understand what he was reading and he asked me if I want to plea swear it? I told him no I did not but that I didn't understand why he would be reading me what sounded like Miranda rights. He started talking down to me and he called a male officer in

(Do not write below this line)

DISPOSITION:

Denied!

| Signature Staff Member | Date 6/9/20 |
|---|---|

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

SECTION 6

explained to the Chaplain on Ramadan list that a sticker to fast. He took down my name and number so I expected that he would put me on the list after I explain that I did not have a chance to sign up because I was told that I am being transferred. The Assistant Warden, M Smith, who understands that based on COVID 19 I had no control over the circumstance, told me that since the meal can only be held for four hours the supervisory chaplain should have no issue putting my name on the Ramadan list. Breakfast during Ramadan is before sunset usually at 4 we woke up, eat and pray but breakfast with the rest of the institution is usually at 5:30 or 6:00 Am after we have prayed and begun fasting for that day.

It is wrong for a staff member to torment in this very asking me to pray to Jesus and locking me up in the "Cage" at the Lieutenant's office so that I can pray to Jesus.

8. Please restore my telephone and email so that I can call the courts and email back and forth with my law. I am also attending school with Black Stone Career Inst and the primary method of communication has been email and school is scheduled to resume back up in a few day

Respectfully Requested,
Raymond Aigbekaen
Raymond Aigbekaen.

To: Mr. Van Jones,
     Mr. Moore,
     Mr. Hoskinson,
     Mrs. Robinson

RELIEF SOUGHT

Punitive damages

$ 8.46 Million dollars to be donated to Black Les Matter, Loot Root Foundation, the families of George Floyd, Ahmand Aubrey and Breonna Taylor

Compensatory Damages

$ 10, Million for the intentional Infliction of Emotional Pain and the anxiety, shame and suicidal Ideations that resulted from the denial of the Constitutional rights

Respectfully Submitted,

Raymond Aigbekaen   06/21/2020

*[Handwritten annotations across top of page:]*

girls to Mrs Trump at the Trump Towers on numerous occassions for him and his friends US V. Jugers Mr Maddox and Ms Ducao are afraid of prosecuting him, but they also hope for nomination to High office, like Mr. Richardson who was appointed to the 4th Circuit and tasked with keeping Argbeka

in Prison to hide the truth

---

# FINANCIAL TIMES

**'Without fear and without favour'**

WEDNESDAY 3 JUNE 2020

## George Floyd and the story of Two Americas

*Killing has highlighted links between race and economic inequality*

Social unrest has spread across America and beyond in reaction to the police killing of an unarmed African American man, George Floyd, by a Minneapolis police officer. It has brought even more attention to the racial inequality and economic bifurcation in the US — and the ways in which they are inexorably linked — which the Covid-19 pandemic had already laid bare.

Just as people of colour have disproportionately been victims of the virus, they also have been subject to higher levels of incarceration and police brutality. The roots of the problem are deep and old. An invisible line runs from the original sin of slavery in the US, to the racial segregation of the Jim Crow south, to the gerrymandering or redrawing of voting maps that has supported the systemic economic oppression of African Americans. As a result, relative to whites, they have suffered higher levels of poverty and unemployment, as well as poorer education levels and health outcomes, for decades.

In the post-second-world-war era, African American unemployment levels have typically been double the levels of those of white Americans. Some progress in closing the gap was made in the past 10 years thanks to nearly full employment preceding the outbreak of Covid-19 — companies have trouble discriminating when they

groups. While they have faced unprecedented job losses, they have also been on the front lines of the crisis as essential workers, often in unsafe or low-paying jobs. They have been more exposed to the virus either through work or through health vulnerabilities as people without access to quality healthcare, nutrition, or good housing are more at risk. As a result, African Americans have suffered higher than average infection and death rates.

The combination of mass unemployment, Covid-19, and social unrest has the potential to exacerbate the divide. Many of the wealthiest Americans live in affluent districts or have decamped to summer homes and holidays in the country where they are comfortably waiting out the quarantine. Meanwhile, large-scale social dissent in the highest density parts of the country threaten both health outcomes and the reopening of the economy.

President Donald Trump has tried to capitalise on the sense that public law and order is in danger, stoking further anger and the potential for more violence. While some politicians, most notably New York governor Andrew Cuomo, have emphasised unity, Mr Trump is trying to craft a divisive narrative of random, violent protesters at war with good cops.

Americans should not buy it. As Mr

---

## Letters

## Ultra-long-dated bo

In your editorial comment on public sector debt ("Borrowing long is the way to borrow safely", June 1) you mention irredeemable debt issued by the UK in the 19th century. Irredeemable it may have been, but it has been paid back in full nevertheless.

The closest proxy to eternal debt you find in today's markets are bonds with a maturity of 100 years. Since 2015, an eclectic group of countries including Mexico, Argentina and Austria has taken advantage of investors' appetite for such products. In the context of

regional g
State of No
recently iss
maturing i

For publi
for ultra-lo
Long-term
interest 1
short-term
interest ex
strong evid
to stay, but
correctly
certainty

---

## Davos has never looked more irrelevant

Klaus Schwab's pitching of "a great reset of capitalism" at a face-to-face meeting at Davos in January 2021 is a world apart from reality ("Davos aims to coax the elite out of isolation in January", June 2). In its 50 years as the talking shop of the 1 per cent, Davos has never looked more irrelevant. My advice to Mr Schwab is — read the room.

What billionaire elites are unable and unwilling to understand, even in this moment of crisis, is that they cannot change the broken system of which they are the main beneficiaries. Arsonists do not make good firefighters. Instead, people on the front lines of inequality from the US to Kenya, from the Philippines to Mexico and beyond are busy building the new system that will leave neoliberal capitalism, racism, patriarchy and environmental destruction behind. Elites cannot understand that change is coming from the streets, without them. In spite of them. Because of them. Time's up for Davos, A relic of a broken system.

**Jenny Ricks**
*Global Convener, Fight Inequality Alliance*
*Johannesburg, South Africa*

## Plea to university fund to act on fossil fuels

Chris Flood's article (FTfm June 1) highlights a divestment announcement

---

## Robots weekly

Robotics, a
augmented
have their
pandemic
supermark
May 29). B
to see this

While wi
to redefine
seen a retu
in-store. H
took a reco
day sales v
China's loc
global desi
some obvi

TRULINCS  94655379 - AIGBEKAEN, RAYMOND IDEMUDI - Unit: FTD-C-C

--------------------------------------------------------------------------------------------------

FROM: 94655379 AIGBEKAEN, RAYMOND IDEMUDIA
TO: Chaplain Services
SUBJECT: ***Request to Staff*** AIGBEKAEN, RAYMOND, Reg# 94655379, FTD-C-C
DATE: 05/16/2020 07:59 PM

To: Chaplain
Inmate Work Assignment: law library

Hey Chaplain,

I need a correct spelling of your name, Im writing a tort claim and a religious land's use and institutionalized person's act violation. It's also a human right's violation, this is the second time you're preventing me from eating after my fast, I have no money for commisary, and you call yourself a man of God - SHAMELESS!

Exhibit A

A0288
JAN 17

**INCIDENT REPORT**

## U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

### Part I - Incident Report

| 1. Institution:   FCI FORT DIX | | | Incident Report Number:  3408621 | |
|---|---|---|---|---|
| 2. Inmate's Name: Aigbekaen, Raymond | 3. Register Number: 94655-379 | | 4. Date of Incident: 06/18/2020 | 5. Time: 9:20 A.M. |
| 6. Place of Incident: 5711 Room 347 | 7. Assignment: YARD DETAIL-EAST AM | | 8. Unit C03-471U | |
| 9. Incident:  Possession of anything not authorized Lying or providing a false statement | | 10. Prohibited Act Code(s) 305 , 313 | | |

11. Description of Incident (Date: 06/18/2020   Time:  9:20 A.M.   Staff became aware of incident):

On 06/17/2020 at approximately 12:20 P.M., I observed inmate Aigbekaen, Raymond, reg. No. 94655-379 wearing a white headband with two flaps in the back and an written inscription. I confronted inmate Aigbekaen about the item who said, "It's for my religion". Inmate was left as is with intent to verify with Religious Services. I was unable to reach Religious Services until after working hours. On 06/18/2020 I verified with Sentry program that inmate Aigbekaen is listed as Rastafarian and Religious Services confirmed the item in question is not part of his religious head gear making yesterday's statement false. On 06/18/2020 at approximately 9:20 A.M. I went to recover the item from inmate Aigbekaen who resides in room 3471U. Inmate Aigbekaen was observed wearing a different white headband with an inscription and that item was confiscated. Search of room 347 resulted in no other headbands found. At the time of the search, inmate Aigbekaen was asked about the headband that he wore the day prior and he said, "I don't know where it is". At 10:00 A.M., inmate Aigbekaen came to the officer's station attempting to provide details about his unauthorized religion and finally stated that he will turn in the missing headband, which he did. Both items were confiscated.

| 12. Typed Name/Signature of Reporting Employee M. Bogdanovich | | 13.Date And Time: 06/18/2020      10:30 A.M. |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): | 15 .Date Incident Report Delivered: 6/18/20 | 16 .Time Incident Report Delivered: 8:49 pm |

### Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

INMATE STATES THAT HE NEVER lied THE INSTITUTION has his PELIGIOUS items locked AwAy for the lAss 3 months. He sAys DR. Bell told him the only wAy TO IMPROVISE something from the institution for religious purposes.

18. A. It is the finding of the committee that you:

_____ Committed the Prohibited Act as charged.

_____ Did not Commit a Prohibited Act.

✓ Committed Prohibited Act Code(s). 305   313

B. _____ The Committee is referring the Charge(s) to the DHO for further Hearing.

C. _____ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

DUE TO THE SERIOUS NATURE OF THE OFFENSES, THE CONTENT IN SECTION 11 OF THIS INCIDENT by THE REPORTING STAFF MEMBER ANd by THE GREATER WEIGHT OF EVIDENCE AGAINST you THE UDC has FOUND you GUILTY OF CODES 305 & 313.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

SINCE THE UDC hAS FOUND you GUILTY OF THE ABOVE CODE 305 & 313, POSSESSION OF ANYTHING NOT AUTHORIZED & Lying OR PROVIDING A FALSE STATEMENT RESPECTIVELY, you Are SANCTIONED TO 120 DAYS luss OF EMAIL piture & ~~commissary~~, thought progressive SANCTIONS

21. Date and Time of Action: 6/28/20, 811 (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

| Clee G. | Mune | |
|---|---|---|
| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO: COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

→ EFFECtive  1/20/20



**VA** | U.S. Department
of Veterans Affairs

## We realize you may be dealing with difficulties during the COVID-19 crisis. The Department of Veterans Affairs (VA) may be able to help.

## WHAT WE'RE DOING

If you have...



**New VA debt,**
We will temporarily stop debt payment collections.
You don't have to act.



**Existing VA debt,**
You can request a temporary collection suspension or an extended repayment plan. Call 1-800-827-0648.

**After the national emergency ends, we will resume debt collection activities.**

## OTHER VA DEBT-RELATED EFFORTS

- VA will **not** refer delinquent debts to credit reporting agencies during the crisis.
- VA Home Loan applications will continue for Veterans with unresolved debt payment issues.

For help or to confirm whether this information applies to your VA benefit debt, contact the Debt Management Center at **1-800-827-0648**.

## WHAT ELSE WE'RE DOING

When possible, we're moving in-person services to virtual platforms. We're also granting extension requests for late-filed forms, when the extension request is based on COVID-19. For assistance with benefit-related claim support, please contact **1-800-827-1000** or visit **benefits.va.gov**.

We're working to find additional ways to serve you during this crisis. Please follow national and local guidelines to stay healthy and safe.

Dzyan Noorbaiss Abdel-basir (5946523)
FCI Fort Dix
P.O. Box 2000
Fort Dix NJ 08640

Case 1:20-cv-08608-CPO-SAK   Document 179   Filed 07/10/20   Page 11 of 11 PageID: 11

RECEIVED
JUL - 6 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Honorable Noel L. Hillman
United States District Court
District of New Jersey
P.O. Box 2797
Camden, NJ 08101

RECEIVED
JUL - 6 20
AT 8:30_____M
WILLIAM T. WALSH
CLERK