```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
_____
                                    :
RAYMOND AIGBEKAEN,                  :
                                    :
        Plaintiff,                  :   Civ. No. 20-8608 (NLH) (KMW)
                                    :
    v.                              :   MEMORANDUM OPINION & ORDER
                                    :
                                    :
DONALD TRUMP, et al.,               :
                                    :
        Defendants.                 :
_____:
```

APPEARANCE:

Raymond Aigbekaen
94655-379
Fort Dix Federal Correctional Institution
Inmate Mail/Parcels
EAST: P.O. Box 2000
Joint Base MDL, NJ 08640

    Plaintiff Pro se

HILLMAN, District Judge

    WHEREAS, Plaintiff Raymond Aigbekaen filed a complaint under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), see ECF No. 1; and

    WHEREAS, the Court granted Plaintiff's in forma pauperis application, see ECF No. 5; and

    WHEREAS, Plaintiff subsequently filed a motion to voluntarily dismiss his complaint, ECF No. 7; and

WHEREAS, the Federal Rules permit a plaintiff to unilaterally dismiss an action before an answer has been served, Fed. R. Civ. P. 41(a)(1)(A)(i); and

WHEREAS, no answer has been filed in this matter,

THEREFORE, IT IS on this __2nd__ day of September, 2020

ORDERED that the action is voluntarily dismissed by the Plaintiff, Fed. R. Civ. P. 41(a)(1)(A)(i); and it is finally

ORDERED that the Clerk shall terminate all pending motions, send Plaintiff a copy of this Order by regular mail, and mark this case closed.


At Camden, New Jersey         s/ Noel L. Hillman
                                  NOEL L. HILLMAN, U.S.D.J.