```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| RAYMOND AIGBEKAEN, | |
| | No. 20-cv-8608 (NLH)(KMW) |
| Plaintiff, | |
| v. | MEMORANDUM OPINION |
| WARDEN FCI FORT DIX, et al., | |
| Defendants. | |

IT APPEARING THAT:

1. Plaintiff Raymond Aigbekaen filed a civil rights action brought pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).  ECF No. 1.

2. On February 3, 2021, mail sent to Plaintiff at his address of record was returned as undeliverable.  ECF No. 17.

3.  The returned envelope is marked "Return to Sender, Not deliverable as addressed, Unable to forward."  Id.

4. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1.  See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

5. The Clerk of the Court will be ordered to

administratively terminate this case.  The Clerk will also be directed to reopen this matter if and when Plaintiff submits an updated address.

    6.   An appropriate order follows.


Dated: February 5, 2021          s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.