```
            UNITED STATES DISTRICT COURT
               DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| RAYMOND AIGBEKAEN, | 1:20-cv-8608 (NLH) (KMW) |
| Plaintiff, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| DONALD TRUMP, et al., | |
| Defendants. | |

**APPEARANCES**:

Raymond Aigbekaen
94655-379
Danbury
Federal Correctional Institution
Inmate Mail/Parcels
33-1/2 Pembroke Station
Danbury, Ct 06811

**HILLMAN**, District Judge

   WHEREAS, Plaintiff Raymond Aigbekaen is proceeding on an amended complaint, ECF No. 12; and

   WHEREAS, the Court screened the amended complaint under 28 U.S.C. § 1915 and permitted the Religious Freedom Restoration Act claims and the Eighth Amendment excessive force claim to proceed, ECF No. 14; and

   WHEREAS, the matter was administratively terminated under Local Civil Rule 10.1 after mail sent to Plaintiff was returned to the Court, ECF No. 18; and

   WHEREAS, Plaintiff submitted a change of address

notification, ECF No. 21; and

    WHEREAS, the Clerk shall be ordered to reopen the matter as Plaintiff has submitted his address; and

    WHEREAS, the Clerk shall also be ordered to resend the Court's January 15, 2021 Order and the transmittal letter explaining the procedure for completing United States Marshal ("Marshal") 285 Forms ("USM-285 Forms") to Plaintiff; and

    WHEREAS the Court shall extend the time for service 90 days from the date of this Order, Fed. R. Civ. P. 4(m),

    THEREFORE, IT IS on this __13th__ day of __April__, 2021

    ORDERED that the Clerk shall reopen this matter; and it is further

    ORDERED that the Clerk shall resend the Court's January 15, 2021 Order, ECF No. 14, and the USM-285 Forms transmittal letter to Plaintiff; and it is further

    ORDERED that that the time for service is extended 90 days from the date of this Order, Fed. R. Civ. P. 4(m); and it is finally

    ORDERED that the Clerk shall send Plaintiff a copy of this Order by regular mail.

At Camden, New Jersey

                                        s/ Noel L. Hillman
                                        NOEL L. HILLMAN, U.S.D.J.